JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANTOYO,<br><br>    Plaintiff<br><br>    v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 5:19-CV-00083-SP<br><br>**[PROPOSED]** JUDGMENT |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: October 31, 2019

THE HONORABLE SHERI PYM
United States Magistrate Judge

-1-